IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DUANE RATKOVEC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV207 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER |
| UNITED STATES DEPARTMENT OF | ) | |
| AGRICULTURE, and EDWARD T. | ) | |
| SCHAFER, Secretary of | ) | |
| Agriculture, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the joint motion to dismiss (Filing No. 22).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; plaintiff's complaint is dismissed with prejudice.

DATED this 4th day of November, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court